MABEL J. CURTIS, PLAINTIFF, v. PUBLIC SERVICE RAIL-
WAY COMPANY AND NATIONAL BISCUIT COMPANY,
DEFENDANTS.

Submitted May term, 1927—Decided November 15, 1927.

**Negligence—Injury to Plaintiff's Knee-joint—Judgment for
$16,850 Held Excessive—Reduced to $13,000 or Rule Made
Absolute.**

On rule for new trial.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the rule, *Henry H. Fryling.*

*Contra, Smith & Slingerland.*

PER CURIAM.

This is a rule for new trial allowed to the defendant Na-
tional Biscuit Company, based solely on the ground that the
damages awarded are excessive.

Mabel Curtis, a school teacher, had a knee-joint broken
March 4th, 1925, and the jury, on February 4th, 1927,
awarded her $16,850 damages. The proofs were that the in-
jury was painful and so continues, and she was kept in bed
for eight weeks and had to submit to painful manipulation
and flexing of the joint to lessen stiffness. After getting up
she used first crutches and then a cane. She returned to her
work in September following and is either taken to her school
by a friend or by a taxi. The knee still causes pain and
curtails some of her activities. It does not now, however,
impair her earnings.

While all this is true, the award is very large, and, as we
think, excessive, and should not be allowed to stand for the
full amount. If, therefore, the plaintiff will accept a reduc-
tion of the verdict to $13,000 the rule will be discharged;
otherwise it will be made absolute.